IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00340-KLM

CALVIN BALTHAZOR,

    Plaintiff,

v.

NATIONAL WOOD PRODUCTS, INC., a Utah corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Kurt F. Micek, Kurt Winn, Donald A. Eichler, and Donald L. Meyer's **Motion to Dismiss Complaint** [#7] (the "Motion").  On March 9, 2016, Plaintiff filed an Amended Complaint [#14] pursuant to Fed. R. Civ. P. 15(a)(1)(B), in which he eliminated all claims against these four Defendants.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#7] is **DENIED as moot**.

    Dated:  March 14, 2016