IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00340-KLM

CALVIN BALTHAZOR,

      Plaintiff,

v.

NATIONAL WOOD PRODUCTS, INC., a Utah corporation,

      Defendant.

---

## MINUTE ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Stipulated Motion for Entry of Protective Order** [#21] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#21-1, #21-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: April 14, 2016